## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GMAC REAL ESTATE, LLC, Plaintiff, v. SIGNATURE REALTY & DEVELOPMENT, INC. d/b/a SIGNATURE and d/b/a SIGNATURE REAL ESTATE, and M. SUSAN McINTYRE, Defendants. | FILED: JULY 11, 2008 08CV3950 JUDGE ZAGEL MAGISTRATE JUDGE COLE EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC REAL ESTATE, LLC, Plaintiff

| NAME (Type or print) |
|---|
| Eric R. Lifvendahl |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Eric R. Lifvendahl |

| FIRM |
|---|
| Williams Montgomery & John Ltd. |

| STREET ADDRESS |
|---|
| 20 North Wacker Drive, Suite 2100 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6211539 | 312-443-3230 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |