IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 08 CV 3950 |
| SIGNATURE REALTY & DEVELOPMENT, INC., d/b/a SIGNATURE and d/b/a SIGNATURE REAL ESTATE, and M. SUSAN McINTYRE, | ) ) ) ) ) | Judge Zagel<br><br>Magistrate Judge Cole |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:

     PLEASE TAKE NOTICE that on Tuesday, the 22nd day of July, 2008, at 10:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable James B. Zagel or any Judge sitting in his stead in Courtroom 2503 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present the Plaintiff's previously filed **Motion for Confirmation of Arbitration Award and Judgment**, a copy of which is attached hereto.

                                            Respectfully submitted,

                                            GMAC Real Estate, LLC, Plaintiff

                                     By:   /s/ Eric R. Lifvendahl
                                                One of its Attorneys

Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2008, I electronically filed the foregoing **Motion for Confirmation of Arbitration Award and Judgment** with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have e-mailed and mailed the foregoing document by U.S. Mail to the following non CM/ECF participant:

Patrick McGee
(pmcgee@mcgeepowers.com)
McGee & Powers
Suite 700
201 East Pine Street
Orlando, Florida 32801-2720


                                                  /s/ Eric R. Lifvendahl

Case 1:08-cv-03950   Document 5-2   Filed 07/17/2008   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | RECEIVED: JULY 11, 2008 |
| | ) | 08CV3950 |
| Plaintiff, | ) | JUDGE ZAGEL |
| | ) | MAGISTRATE JUDGE COLE |
| vs. | ) No. | EDA |
| | ) | |
| SIGNATURE REALTY & DEVELOPMENT, | ) | |
| INC., d/b/a SIGNATURE and d/b/a | ) | |
| SIGNATURE REAL ESTATE, and M. SUSAN | ) | |
| McINTYRE, | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED
## ORDER CONFIRMING ARBITRATION AWARD AND JUDGMENT

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion for Confirmation of Arbitration Award and Judgment, all parties having received notice and the Court being fully advised,

IS IT HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Award of Arbitrator entered on July 9, 2008 by Arbitrator Gary Leydig, in American Arbitration Association Case No. 51 115 Y01274 07 is confirmed.

2. Judgment is entered against Defendant Signature Realty & Development, Inc. d/b/a Signature and d/b/a Signature Real Estate ("Signature") and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $871,552.60.

3. Judgment is entered against Defendant M. Susan McIntyre and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $369,594.93.

4.  Judgment is entered against Defendant Signature and Defendant M. Susan McIntyre jointly and severally and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $44,662.

ENTERED:

By:_____
                    JUDGE

**Order Prepared By:**
Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200

Document #: 780135