MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GMAC REAL ESTATE, LLC, | ) | RECEIVED: JULY 11, 2008 |
| | ) | 08CV3950 |
| Plaintiff, | ) | JUDGE ZAGEL |
| | ) | MAGISTRATE JUDGE COLE |
| vs. | ) No. | EDA |
| | ) | |
| SIGNATURE REALTY & DEVELOPMENT, | ) | |
| INC., d/b/a SIGNATURE and d/b/a | ) | |
| SIGNATURE REAL ESTATE, and M. SUSAN | ) | |
| McINTYRE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER CONFIRMING ARBITRATION AWARD AND JUDGMENT

This matter coming to be heard on Plaintiff, GMAC Real Estate, LLC's ("GMAC") Motion for Confirmation of Arbitration Award and Judgment, all parties having received notice and the Court being fully advised,

IS IT HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Award of Arbitrator entered on July 9, 2008 by Arbitrator Gary Leydig, in American Arbitration Association Case No. 51 115 Y01274 07 is confirmed.

2. Judgment is entered against Defendant Signature Realty & Development, Inc. d/b/a Signature and d/b/a Signature Real Estate ("Signature") and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $871,552.60.

3. Judgment is entered against Defendant M. Susan McIntyre and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $369,594.93.

4. Judgment is entered against Defendant Signature and Defendant M. Susan McIntyre jointly and severally and in favor of Plaintiff GMAC Real Estate, LLC in the amount of $44,662.

ENTERED: JUL 22 2008

By: *James B. Zagel*
JUDGE

**Order Prepared By:**
Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 442-3200

Document #: 780135